Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

[Proposed] Attorneys for Debtors and Debtors in Possession

FILED & ENTERED

MAR 30 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**SCI REAL ESTATE INVESTMENTS, LLC**[1]<br><br>Debtors. | Case No.: 2:11-bk-15975-PC<br>Chapter 11<br><br>[Jointly Administered with Case No. 2:11-bk-15987-PC]<br><br>**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF KENNERLY, LAMISHAW & ROSSI LLP AS SPECIAL REAL ESTATE COUNSEL EFFECTIVE AS OF THE PETITION DATE**<br><br>[No Hearing Required] |

This Court has considered the Debtors' *Application to Employ Kennerly, Lamishaw & Rossi LLP* ("KLR") *as Special Real Estate Counsel Effective as of the Petition Date* and the *Declaration of Howard A. Parelskin* filed in support thereof (the "Application") and, based upon the record before the Court, it appears that KLR does not hold or represent any interest adverse to the estate, that KLR's employment is in the best interest of the estate, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules.

---

[1] The Debtors are SCI Real Estate Investments, LLC, a Virginia limited liability company, 11620 Wilshire Blvd., 10th Floor, Los Angeles, CA 90025, Fed. Tax I.D. No. 20-2105413 (Main Debtor) and Secured California Investments, Inc., a California corporation, , 11620 Wilshire Blvd., 10th Floor, Los Angeles, CA 90025, Fed. Tax I.D. No. 95-4494411.

77002-002\DOCS_LA:234997.1    1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  Accordingly, it is hereby

2  ORDERED that the Application is granted and the Debtors are authorized to employ KLR on
3  the terms set forth in the Application; and it is further

4  ORDERED that the employment of KLR is granted effective as of the Petition Date; and it is
5  further

6  ORDERED that KLR shall be entitled to allowance of compensation and reimbursement of
7  expenses, upon the filing and approval of interim and final applications pursuant to the Federal Rules
8  of Bankruptcy Procedure, the Local Rules of this Court and such other procedures as may be fixed
9  by order of this Court.

###

DATED: March 30, 2011

_____
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as *[PROPOSED] ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF KENNERLY, LAMISHAW & ROSSI LLP AS SPECIAL REAL ESTATE COUNSEL EFFECTIVE AS OF THE PETITION DATE* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *March 29, 2011,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY
The Honorable Peter H. Carroll
U.S. Bankruptcy Court
255 E. Temple Street, Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 29, 2011 | Mary de Leon | */s/ Mary de Leon* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **_ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF KENNERLY, LAMISHAW & ROSSI LLP AS SPECIAL REAL ESTATE COUNSEL EFFECTIVE AS OF THE PETITION DATE_**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_March 29, 2011_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**
77002-002\DOCS_LA:234997.1

**ADDITIONAL SERVICE LIST**

**2:11-bk-15975-PC Notice will be electronically mailed to:**

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Jeffrey W Dulberg on behalf of Debtor SCI Real Estate Investments, LLC
jdulberg@pszjlaw.com

Richard W Havel on behalf of Creditor Wells Fargo Bank, N.A.
rhavel@sidley.com

David L. Neale on behalf of Creditor Howard and Denise Simon
dln@lnbrb.com

Jeffrey N Pomerantz on behalf of Debtor SCI Real Estate Investments, LLC
jpomerantz@pszjlaw.com

Allan D Sarver on behalf of Creditor Bruce Hensel
ADSarver@aol.com

Kelly Ann M Tran on behalf of Creditor Lawrence Lewis and Lois H. Lewis, Trustee of the Lewis Family 2005 Trust Dated July 20, 2005
ktran@mkblaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Pamela Jan Zylstra on behalf of Interested Party Courtesy NEF
zylstralaw@gmail.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**
77002-002\DOCS_LA:234997.1