1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT SBN [
   ASSISTANT UNITED STATES TRUSTEE
3  Russell Clementson, SBN 143284
   Trial Attorney
4  OFFICE OF THE UNITED STATES TRUSTEE
   725 South Figueroa Street, Suite 2600
5  Los Angeles, California 90017
   Telephone: (213) 894-4505; Facsimile: (213) 894-2603
6  russell.clementson@usdoj.gov

7                   UNITED STATES BANKRUPTCY COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9                         LOS ANGELES DIVISION

10 In re:                              ) Case No. 2:11-bk-15975-PC
                                       )
11 SCI REAL ESTATE INVESTMENTS,        ) Chapter 11
   LLC.,[1]                            )
12                                     )
                                       ) [Jointly Administered with Case No. 2:11-
13                  Debtor.            ) bk-15987-PC]
                                       )
14                                     ) NOTICE OF APPOINTMENT AND
                                       ) APPOINTMENT OF COMMITTEE OF
15 Affects both debtors.               ) CREDITORS HOLDING UNSECURED
                                       ) CLAIMS
16                                     )
                                         (No Hearing Required)
17

18
        Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following
19
   three (3) Creditors to serve on the Committee of Creditors holding unsecured claims:
20
                            SEE EXHIBIT A ATTACHED
21
   Dated: 4/27/11
22                                      PETER C. ANDERSON
                                        United States Trustee
23
                                        By /s/ Jill M. Sturtevant
24                                         Jill M. Sturtevant
                                           Assistant United States Trustee
25

26
        [1]The Debtors are SCI Real Estate Investments, LLC, a Virginia limited liability company,
27 1620 Wilshire Blvd., 10th Floor, Los Angeles, CA 90025 (Main Debtor) and Secured California
   Investments, Inc., A California corporation, 1620 Wilshire Blvd., 10th Floor, Los Angeles, CA
28 90025.

# EXHIBIT A

In re: **SCI REAL ESTATE INVESTMENTS, LLC; 2-11-bk-15975-PC**

Mary Greco
c/o Adriana Bollani
5330 Lindley Avenue, #309
Encino, CA 91316
Telephone (818) 996-4438
E-mail: axb6744@lausd.net

Howard Simon
4926 Louise Avenue
Encino, CA 91316
Telephone: (818) 789-6605

Wells Fargo Bank, NA (as successor by merger to Wachovia Bank, NA)
Attn: Gail E. Tubbs, Vice President
333 S. Grand Avenue, 9th Floor
Los Angeles, CA 90071
Telephone: (213) 253-3368
Facsimile: (213) 628-9694
E-mail: gail.tubbs@wellsfargo.com

///

///

///