**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>☒ SCI REAL ESTATE INVESTMENTS, LLC, a Virginia limited liability company,<br><br>☒ SECURED CALIFORNIA INVESTMENTS, INC., a California corporation,<br><br>Post Confirmation Liquidating Chapter 11 Debtors. | CASE NO.: 2:11-bk-15975-PC<br>(Jointly Administered with Case No. 2:11-bk-15987-PC)<br><br>**REQUEST FOR SPECIAL NOTICE**<br><br>*Do NOT file this Request for Special Notice unless all of the five conditions listed below have been met.* |

I certify that all of the five conditions below have been met:

1. The party requesting special notice is a creditor or equity security holder of the debtor;

2. A creditors' committee has been elected under 11 U.S.C. § 705 or a creditors or equity security holders' committee appointed under 11 U.S.C. § 1102 ("Committee");

3. The Court has limited notice to the Committee;

4. The Request for Special Notice is made pursuant to FRBP 2002(i); and

5. The Request for Special Notice does not include a request for pleadings and orders, including but not limited to proposed or entered orders and judgments, motions, oppositions, evidence, etc.

(Please print or type)

NAME: Barry & Gabriella Brock, TTEE

MAILING ADDRESS: 13325 Valley Vista Blvd.

Sherman Oaks, CA  91423

Telephone Number: 818-784-3099

Dated: March 19, 2014    /s/ Caroline R. Djang
*Signature*

Former attorney for creditor
*Title*

This form has been approved by the United States Bankruptcy Court for the Central District of California.

*Revised September 2008*