KAY STANDRIDGE KRESS (*Pro Hac Vice*)
JAMES D. VANDEWYNGEARDE (*Pro Hac Vice*)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, Michigan 48075
Tel: (248) 359-7300
Fax: (248) 359-7700
kressk@pepperlaw.com
vandewyj@pepperlaw.com

*Attorneys for the Liquidation Trustee to the
SCI Bankruptcy Liquidation Trust*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:11-bk-15975-DS |
| SCI REAL ESTATE INVESTMENTS, LLC, a Virginia limited liability company, | Chapter 11 |
| SECURED CALIFORNIA INVESTMENTS, INC., a California corporation, | [Jointly Administered with Case No. 2:11-bk-15987-DS] |
| Debtors and Debtors in Possession. | **NOTICE OF THE LIQUIDATING TRUSTEE'S FIRST INTERIM DISTRIBUTION** |

PLEASE TAKE NOTICE that on or about March 18, 2015, the Liquidating Trustee, pursuant to Section V.C.3.c.(9) of Debtor's First Amended Joint Plan of Liquidation (Dated April 19, 2012) confirmed by this Court on June 15, 2012, made a first interim *pro rata* distribution, in the aggregate amount of $6,910,231.64, to the holders of Allowed General Unsecured Claims, which represents 10% of the Allowed General Unsecured Claims.

#32806177 v1

1

The Liquidating Trustee has established reserves for all General Unsecured Claims that are not yet Allowed (the "Disputed Claims"). The Disputed Claims aggregate the amount of $1,172,830.50.

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ Kay Standridge Kress
KAY STANDRIDGE KRESS
(admitted *pro hac vice*)
JAMES D. VANDEWYNGEARDE
(admitted *pro hac vice*)
4000 Town Center, Suite 1800
Southfield, MI 48075
Tel: (248) 359-7300
Fax: (248) 359-7700
kressk@pepperlaw.com
vandewyj@pepperlaw.com

*Counsel to the Liquidation Trustee to the SCI Bankruptcy Liquidation Trust*

Dated: March 20, 2015

2

#32806177 v1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Pepper Hamilton LLP
4000 Town Center, Suite 1800
Southfield, MI 48075

A true and correct copy of the foregoing document entitled: <u>NOTICE OF THE LIQUIDATING TRUSTEE'S FIRST INTERIM DISTRIBUTION</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 20, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached list.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 20, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

See attached list.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 20, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Via Overnight Courier</u>
Hon. Deborah J. Saltzman
United States Bankruptcy Court
255 E. Temple Street, Room 1334
Courtroom 1339
Los Angeles, CA 90012

<u>Via e-mail</u>
Irvin Q. & Marilyn Sobel
E-mail: sobesls@gmail.com

John B. and Veronica H. Badon
E-mail: johnbbadon@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 20, 2015 | Kay Standridge Kress | s/ Kay Standridge Kress |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

**2:11-bk-15975-DS Notice will be electronically mailed to:**
Tali L Alban - tlalban@kilpatricktownsend.com, ecasillas@kilpatricktownsend.com
Moises S Bardavid - mbardavid@hotmail.com
J Scott Bovitz - bovitz@bovitz-spitzer.com
Heather D Brown - hbrown@kkgpc.com, jwest@kkgpc.com
Leslie A Cohen - leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; Brian@lesliecohenlaw.com
Peter Csato - pcsato@frandzel.com, efiling@frandzel.com;bwilson@frandzel.com
Caroline Djang - cdjang@rutan.com
Kenneth B Drost - kdrost@dgaalaw.com, rsmith@dgaalaw.com
Jeffrey W Dulberg - jdulberg@pszjlaw.com
Jeremy Faith - Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Maureen@MarguliesFaithlaw.com; Noreen@MarguliesFaithlaw.com
James R Felton - jfelton@greenbass.com, mtyndall@greenbass.com
John-patrick M Fritz - jpf@lnbrb.com
Jeffrey D Ganz - jganz@riemerlaw.com, ndailey@riemerlaw.com
Michael J Gomez - mgomez@frandzel.com, tara@lrplaw.net
Cara J Hagan - carahagan@haganlaw.org
Richard W Havel - rhavel@sidley.com
Peter L Isola - PIsola@hinshawlaw.com
Yi S Kim - ykim@greenbass.com, mtyndall@greenbass.com
Raymond King - rking@raykinglaw.com
Stuart I Koenig - Skoenig@cmkllp.com
Kay S Kress - kressk@pepperlaw.com, henrys@pepperlaw.com
Michael B Kushner - mkushner@kushnercarlson.com, thenley@kushnercarlson.com
Kenneth G Lau - kenneth.g.lau@usdoj.gov
Jennifer Leland - JLeland@robinskaplan.com
Marc S Mazer - mazer@bwmlaw.com, elizabeth@bwmlaw.com
Scotta E McFarland - smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
Alan I Nahmias - anahmias@mbnlawyers.com, jdale@mirmanbubman.com
David L. Neale - dln@lnbrb.com
Sean A Okeefe - sokeefe@okeefelc.com
Christine M Pajak - cpajak@stutman.com
Bertrand Pan - bertrand.pan@dlapiper.com
Penelope Parmes - penelope.parmes@troutmansanders.com
Steven G Polard - stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
Jeffrey N Pomerantz - jpomerantz@pszjlaw.com
Kurt Ramlo - kr@lnbyb.com
Daniel H Reiss - dhr@lnbyb.com
Michael P Ring - mpr@ringlaw.net
Allan D Sarver - ADSarver@aol.com
Edward G Schloss - egs2@ix.netcom.com
Kenneth Schnur - schnur@bwmlaw.com, elizabeth@bwmlaw.com
Howard Steinberg - steinbergh@gtlaw.com, laik@gtlaw.com;LALitDock@GTLAW.com
Kelly Sweeney - ksweeney@spiwakandiezza.com
Wayne R Terry - wterry@hemar-rousso.com
Kelly Ann M Tran - ktran@mulvaneybarry.com, nrafiei@mulvaneybarry.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Andrea M Valdez - avaldez@fulbright.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

Reed S Waddell - rwaddell@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Howard J Weg - hweg@robinskaplan.com
Hatty K Yip - hatty.yip@usdoj.gov
Bruce J Zabarauskas - bruce.zabarauskas@tklaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2:11-bk-15975-DS Notice will be mailed via first class mail, postage prepaid, to:**

Shari Able
225 N. Crescent, #326
Beverly Hills, CA 90210

Marian and Steven A. Abrams
7032 Jellico Avenue
Lake Balboa, CA 91406-3524

Marvin and Miriam Alperin, TTEE
6501 Maryland Drive
Los Angeles, CA 90048

Barry and Gabriella Brock, TTEE
13325 Valley Vista Blvd.
Sherman Oaks, CA 91423

Lawrence M. and Sunnie L. Daniels
1301 Walnut Avenue
Manhattan Beach, CA 90266

Wayne D. and Judy Lynne Dodge
PO Box 982
Lakeside, CA 92040

Sheila R. Gendis and First Commerce Bank
Cust Fbo
Sheila Gendis #AGS - 0100
10180 Ryan Road, Unit #104
Richmond, BC V7A 4P9
Canada

Robert E. & Sonja J. Grisbach, as
Trustees Under Declartion of Trust
Dated 2/8/1988
3630 New Haven Road
Pasadena, CA 91107

Neal Handel, M.D., Trustee
225 W. Pueblo Street, Ste. A
Santa Barbara, CA 93015

Ruth Handel, Successor Trustee
6038 Atoll Avenue
Van Nuys, CA 91401

Robert and Linda Hart
2433 1/2 Abbot Kinney Blvd.
Venice, CA 90291

Charles M. Holland, Trustee
11541 Coolidge Place
Los Angeles, CA 90066

Janice Holland, Cust
FBO Jean-P. Holland
11541 Coolidge Place
Los Angeles, CA 90066-1222

Klaus Friederic
17653 Camino De Yatasto
Pacific Palisades, CA 90272

Sharon Markowitz
1049 Indiana Ct.
Venice, CA 90291

Geraldine McCall, Trustee of the
Geraldine J. McCall Trust UA
December 6, 1996
5600 Kensington Way, #03
Culver City, CA 90230-7132

Danielle Joy Meyerstein
17800 Hatton Street
Reseda, CA 91335

Deborah Meyerstein Fletcher
20434 Kittridge Street
Winnetka, CA 91306

Marcia Meyerstein, Trustee
20631 Lemarsh Street
Chatsworth, CA 91311-3219

Patrick and Linda Morgan, TTEE
12919 Warren Avenue
Los Angeles, CA 90066-1744

Alan Wayne Perry & Ann Marie Perry,
Trustees of The Perry Family Trust
 dated March 5, 2007
3515 La Mesa Drive
Hayward, CA 94542

Wayne H. Phillips and Gay M. Phillips
6300 Sagewood Dr., Ste H, #265
Park City, UT 84098

Kenneth E. and Sharron Provasi
Husband and Wife as Joint Tenants
27238 Trinidad Court
Valencia, CA 91354

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Susan Quint
1200 East Ocean Blvd #71
Long Beach, CA 90802

Estate of Florence J. Radavich
c/o Janice Florence Holland
11541 Coolidge Place
Los Angeles, CA 90066

Mary J. Radavich
421 E. South Broadway
Lombard, IL 60148

Richard D. and Pauline R. Schneider, TTEE
905 Buena Vista Street
S. Pasadena, CA 91030

Roscilla Selcer, Trustee of the Roscilla Selcer Revocable Living Trust dated October 2, 2001
25112 Shaver Lake Circle
Lake Forest, CA 92630

Raymond G. & Marilyn G. Sharpless, TTEE
11085 Larch Avenue
Bloomington, CA 92316

William H. & Noelene N. Shippey, TTEE
4481 Gayle Drive
Tarzana, CA 91356

Randolph A and Hazel G Smith Trust
1914 Cobblestone Drive
Findlay, OH 45840-7703

Roland and Edda O. Speisser
4280 Via Arbolada Unit 208
Los Angeles, CA 90042-5088

Howard and Marsha A. Spike, Trustees for Spike Family Trust 11/30/2000
6222 Kentland Avenue
Woodland Hills, CA 91367

Harold J. Stanton
16530 Ventura Blvd.
Suite 205
Encino, CA 91436

Rosalie Stern, Trustee of the Restated Rosalie Stern Declaration of Trust Dated February 2, 1988
2237 Balsam Avenue
Los Angeles, CA 90064

Modris A. and Jann E. Tidemanis
18 Calle Pastadero
San Clemente, CA 92672

Susan E. Wales
3612 Kinney Circle
Los Angeles, CA 90065-3529

Jimmie Jr. Williams and Lucille Williams
1032 W. Cortner Street
Hanford, CA 93230-1663

Eric M. Wong
7711 Nut Grove Avenue
Corona, CA 92880-3218

June Jameson
c/o Michael B. Kushner
The Kushner Law Firm
15 Enterprise, Suite 110
Aliso Viejo, CA 92656

Lawrence Lewis and Lois H. Lewis, Trustee of the Lewis Family 2005 Trust
c/o Kelly Ann Tran, Esq.
Mulvaney, Kahan & Barry LLP
401 West A Street, 17th Floor
San Diego, CA 92102-7994

U.S. Bank National Association, as Trustee, as successor in interest to Bank of America, N.A., as Trustee
c/o Steven G. Polard
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

Point Happy Realty LLC
Attn: Allen W. Hubsch
530 South Lake Avenue #810
Pasadena, CA 91101

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**