KAY STANDRIDGE KRESS (*Pro Hac Vice*)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, Michigan 48075
Tel: (248) 359-7365
Fax: (248) 359-7700
kressk@pepperlaw.com

*Attorneys for the Liquidation Trustee to the
SCI Bankruptcy Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:11-bk-15975-DS |
| SCI REAL ESTATE INVESTMENTS, LLC, a Virginia limited liability company, | Chapter 11 |
| SECURED CALIFORNIA INVESTMENTS, INC., a California corporation, | [Jointly Administered with Case No. 2:11-bk-15987-DS] |
| Debtors and Debtors in Possession. | **NOTICE OF THE LIQUIDATING TRUSTEE'S TENTH INTERIM DISTRIBUTION** |

PLEASE TAKE NOTICE that on or about March 29, 2018, the Liquidating Trustee, pursuant to Section V.C.3.c.(9) of Debtor's First Amended Joint Plan of Liquidation (Dated April 19, 2012) confirmed by this Court on June 15, 2012, made a tenth interim *pro rata* distribution, in the aggregate amount of $4,000,000, to the holders of Allowed General Unsecured Claims, which represents 5.7689% of the Allowed General Unsecured Claims. The Liquidating Trustee has now made aggregate distributions of 64.7689% to the holders of Allowed General Unsecured Claim in these cases.

#48064746 v1

1

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | PEPPER HAMILTON LLP |
| 3 | |
| 4 | /s/ Kay Standridge Kress |
| | KAY STANDRIDGE KRESS |
| 5 | (admitted *pro hac vice*) |
| | 4000 Town Center, Suite 1800 |
| 6 | Southfield, MI 48075 |
| | Tel: (248) 359-7365 |
| 7 | Fax: (248) 359-7700 |
| | kressk@pepperlaw.com |
| 8 | |
| 9 | *Counsel to the Liquidation Trustee to the SCI Bankruptcy Liquidation Trust* |

Dated:  March 30, 2018

#48064746 v1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Pepper Hamilton LLP
4000 Town Center, Suite 1800
Southfield, MI 48075

A true and correct copy of the foregoing document entitled: <u>NOTICE OF THE LIQUIDATING TRUSTEE'S NINTH INTERIM DISTRIBUTION</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 30, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached list.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 30, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

See attached list.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 30, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Via Overnight Courier</u>
Hon. Deborah J. Saltzman
United States Bankruptcy Court
255 E. Temple Street, Room 1334
Courtroom 1339
Los Angeles, CA 90012

<u>Via e-mail</u>
Irvin Q. & Marilyn Sobel - E-mail: sobesls@gmail.com

John B. and Veronica H. Badon - E-mail: johnbbadon@gmail.com

Tayo A. Agboke, Office of the US Trustee -Tayo.A.Agboke@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 30, 2018 | Kay Standridge Kress | s/ Kay Standridge Kress |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*September 2312*

**F 9013-3.1.PROOF.SERVICE**

**2:11-bk-15975-DS Notice will be electronically mailed to:**
Tali L Alban tlalban@kilpatricktownsend.com, ecasillas@kilpatricktownsend.com
Moises S Bardavid  mbardavid@hotmail.com
J Scott Bovitz bovitz@bovitz-spitzer.com
Heather D Brown - heather@hdbrownlaw.com
Leslie A Cohen - leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
Peter Csato - pcsato@frandzel.com, efiling@frandzel.com;bwilson@frandzel.com
Caroline Djang - cdjang@rutan.com
Kenneth B Drost - kdrost@dgaalaw.com, rsmith@dgaalaw.com
Jeffrey W Dulberg - jdulberg@pszjlaw.com
James R Felton - jfelton@greenbass.com, mtyndall@greenbass.com;ecfnotification@greenbass.com
John-patrick M Fritz - jpf@lnbrb.com, JPF.LNBYB@ecf.inforuptcy.com
Jeffrey D Ganz - jganz@riemerlaw.com, ndailey@riemerlaw.com
Cara J Hagan - carahagan@haganlaw.org
Richard W Havel - rhavel@sidley.com
Peter L Isola - PIsola@hinshawlaw.com
Yi S Kim - ykim@greenbass.com, ksopky@greenbass.com;ecfnotification@greenbass.com
Raymond King - rking@raykinglaw.com
Stuart I Koenig - Skoenig@cmkllp.com, knielsen@cmkllp.com
Kay S Kress - kressk@pepperlaw.com, henrys@pepperlaw.com
Michael B Kushner - mkushner@kushnercarlson.com, thenley@kushnercarlson.com
Kenneth G Lau  -kenneth.g.lau@usdoj.gov
Jennifer Leland - JLeland@robinskaplan.com
Marc S Mazer - mazer@weillmazer.com, admin@weillmazer.com
Scotta E McFarland - smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
Alan I Nahmias - anahmias@mbnlawyers.com, jdale@mirmanbubman.com
David L. Neale - dln@lnbyb.com
Sean A OKeefe - sokeefe@okeefelc.com
Christine M Pajak - cpajak@stutman.com
Bertrand Pan - bertpan2000@gmail.com
Penelope Parmes - penelope.parmes@troutmansanders.com
Steven G Polard - stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
Jeffrey N Pomerantz - jpomerantz@pszjlaw.com
Kurt Ramlo - kr@lnbyb.com, kr@ecf.inforuptcy.com
Daniel H Reiss - dhr@lnbyb.com, dhr@ecf.inforuptcy.com
Michael P Ring - mpr@ringlaw.net
Allan D Sarver - ADSarver@aol.com
Edward G Schloss - egs2@ix.netcom.com
Kenneth Schnur - schnur@bwmlaw.com, elizabeth@bwmlaw.com
Howard Steinberg - steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
Kelly Sweeney - ksweeney@spiwakandiezza.com
Wayne R Terry - wterry@hemar-rousso.com
Kelly Ann M Tran - ktran@mulvaneybarry.com, nrafiei@mulvaneybarry.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Andrea M Valdez - avaldez@fulbright.com
Reed S Waddell - rwaddell@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Howard J Weg - hweg@robinskaplan.com
Bruce J Zabarauskas - bruce.zabarauskas@tklaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*September 2312*

**F 9013-3.1.PROOF.SERVICE**

**2:11-bk-15975-DS Notice will be mailed via first class mail, postage prepaid, to:**

| | | |
|---|---|---|
| Shari Able<br>225 N. Crescent, #326<br>Beverly Hills, CA  90210 | Marian and Steven A. Abrams<br>7032 Jellico Avenue<br>Lake Balboa, CA  91406-3524 | Marvin and Miriam Alperin, TTEE<br>6501 Maryland Drive<br>Los Angeles, CA  90048 |
| | Barry and Gabriella Brock, TTEE<br>13325 Valley Vista Blvd.<br>Sherman Oaks, CA  91423 | Lawrence M. and Sunnie L. Daniels<br>1301 Walnut Avenue<br>Manhattan Beach, CA  90266 |
| Wayne D. Dodge<br>PO Box 982<br>Lakeside, CA  92040 | Sheila R. Gendis and First Commerce Bank Cust Fbo<br>Sheila Gendis #AGS - 0100<br>104 - 10180 Ryan Road<br>Richmond, BC V7A 4P9<br>Canada | Robert E. & Sonja J. Grisbach, as Trustees Under Declartion of Trust Dated 2/8/1988<br>2954 East Del Mar Blvd., Apt. 223<br>Pasadena, CA 91107 |
| Neal Handel, M.D., Trustee<br>9201 W. Sunset Blvd., Suite 214<br>West Hollywood, CA 90069 | Ruth Handel, Successor Trustee<br>6038 Atoll Avenue<br>Van Nuys, CA  91401 | Robert and Linda Hart<br>2433 1/2 Abbot Kinney Blvd.<br>Venice, CA  90291 |
| Charles M. Holland, Trustee<br>11541 Coolidge Place<br>Los Angeles, CA  90066 | Janice Holland, Cust<br>FBO Jean-P. Holland<br>11541 Coolidge Place<br>Los Angeles, CA  90066-1222 | Klaus Friederic<br>17653 Camino De Yatasto<br>Pacific Palisades, CA  90272 |
| Sharon Markowitz<br>1049 Indiana Ct.<br>Venice, CA  90291 | Geraldine McCall, Trustee of the Geraldine J. McCall Trust UA December 6, 1996<br>5600 Kensington Way, #03<br>Culver City, CA  90230-7132 | Danielle Joy Meyerstein<br>17800 Hatton Street<br>Reseda, CA  91335 |
| Deborah Meyerstein Fletcher<br>17800 Hatton Street<br>Reseda, CA  91335 | Marcia Meyerstein, Trustee<br>20631 Lemarsh Street<br>Chatsworth, CA  91311-3219 | Patrick and Linda Morgan, TTEE<br>12919 Warren Avenue<br>Los Angeles, CA  90066-1744 |
| Alan Wayne Perry & Ann Marie Perry, Trustees of The Perry Family Trust dated March 5, 2007<br>230 Hearthstone Cir.<br>Oakley, CA 94561 | Wayne H. Phillips and Gay M. Phillips<br>6300 Sagewood Dr., Ste H, #265<br>Park City, UT  84098 | Kenneth E. and Sharron Provasi Husband and Wife as Joint Tenants<br>5705 Madras Street<br>Washoe Valley, NV 89704 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*September 2312*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Susan Quint<br>1200 East Ocean Blvd #71<br>Long Beach, CA 90802 | Estate of Florence J. Radavich<br>c/o Janice Florence Holland<br>11541 Coolidge Place<br>Los Angeles, CA 90066 | Mary J. Radavich<br>421 E. South Broadway<br>Lombard, IL 60148 |
| Richard D. and Pauline R. Schneider, TTEE<br>905 Buena Vista Street<br>S. Pasadena, CA 91030 | Roscilla Selcer, Trustee of the Roscilla Selcer Revocable Living Trust dated October 2, 2001<br>25112 Shaver Lake Circle<br>Lake Forest, CA 92630 | Raymond G. & Marilyn G. Sharpless, TTEE<br>11085 Larch Avenue<br>Bloomington, CA 92316 |
| William H. & Noelene N. Shippey, TTEE<br>4481 Gayle Drive<br>Tarzana, CA 91356 | Randolph A and Hazel G Smith Trust<br>1957 Glory Avenue<br>Haines City, FL 33844 | |
| Rosalie Stern, Trustee of the Restated Rosalie Stern Declaration of Trust Dated February 2, 1988<br>2237 Balsam Avenue<br>Los Angeles, CA 90064 | Modris A. and Jann E. Tidemanis<br>18 Calle Pastadero<br>San Clemente, CA 92672 | Susan E. Wales<br>3612 Kinney Circle<br>Los Angeles, CA 90065-3529 |
| Jimmie Jr. Williams and Lucille Williams<br>1032 W. Cortner Street<br>Hanford, CA 93230-1663 | Eric M. Wong<br>7711 Nut Grove Avenue<br>Corona, CA 92880-3218 | June Jameson<br>7810 Boeing Ave<br>Los Angeles, CA 90045 |
| Lawrence Lewis and Lois H. Lewis, Trustee of the Lewis Family 2005 Trust<br>c/o Kelly Ann Tran, Esq.<br>Mulvaney, Kahan & Barry LLP<br>401 West A Street, 17th Floor<br>San Diego, CA 92102-7994 | U.S. Bank National Association, as Trustee, as successor in interest to Bank of America, N.A., as Trustee<br>c/o Steven G. Polard<br>Perkins Coie LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067 | Point Happy Realty LLC<br>Attn: Allen W. Hubsch<br>530 South Lake Avenue #810<br>Pasadena, CA 91101 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*September 2312*    **F 9013-3.1.PROOF.SERVICE**